UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| MICHAEL RAY JENKINS,<br>      Plaintiff, | )<br>)<br>) |
| v. | )   No. 3:10-CV-242<br>)   (Phillips/Shirley) |
| MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL SECURITY,<br>      Defendant. | )<br>)<br>) |

## MEMORANDUM OPINION

This Social Security appeal is before the court on the report and recommendation filed by United States Magistrate Judge C. Clifford Shirley [Doc. 11]. There have been no timely objections to the report and recommendation, and enough time has passed since the filing of the report and recommendation to treat any objections as having been waived. See 28 U.S.C. § 636(b)(1); Fed.R.Civ.P. 72(b).

After a careful review of this matter, the court is in complete agreement with the magistrate judge's recommendation that this matter be dismissed, without prejudice, for failure to prosecute. Plaintiff filed his complaint, pro se, on May 28, 2010. The Commissioner's Answer and Administrative Record were filed on December 8, 2010. On December 9, 2010, the court entered an order directing the plaintiff to file a dispositive motion, within 45 days. No motion was filed and no activity has occurred in the case.

Accordingly, the court **ACCEPTS** the report and recommendation under 28 U.S.C. § 636(b)(1) and Fed.R.Civ.P. 72(b). It is **ORDERED,** for the reasons stated in the report and recommendation, which the court adopts and incorporates into its ruling, that this case is **DISMISSED, without prejudice,** for failure to prosecute**.**

                      **ENTER:**

                      <u>    s/ Thomas W. Phillips    </u>
                         United States District Judge