**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | |
|---|---|
| **MICHAEL RAY JENKINS,** ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:10-CV-242 |
| ) | (Phillips/Shirley) |
| **MICHAEL J. ASTRUE,** ) | |
| **COMMISSIONER OF SOCIAL SECURITY,** ) | |
| Defendant. ) | |

## JUDGMENT ORDER

For the reasons stated in the memorandum opinion filed contemporaneously with this order, the report and recommendation of the magistrate judge [Doc. 11] is **ACCEPTED** under 28 U.S.C. § 636(b)(1) and Fed.R.Civ.P. 72(b).

**IT IS ORDERED,** for the reasons stated in the report and recommendation, which the court adopts and incorporates into its ruling, that this case is **DISMISSED, without prejudice,** for failure to prosecute**.**

**IT IS SO ORDERED.**

ENTER:

s/ Thomas W. Phillips
United States District Judge